and State Superintendent of Insurance, as Liquidator of the Assets of the New York Indemnity Company, Defendants. State Industrial Board.—— The court declines to answer the question certified and the matter is remitted to the State Industrial Board for the following reasons: It does not appear that the parties interested have received notice of the presentation of said question to this court. An answer to the question would, therefore, not be binding upon the parties not present and would be advisory only. (See *Matter of State Industrial Commission*, 224 N. Y. 13.) Furthermore the question admits of one answer under one set of circumstances and a different answer under another, depending upon the situation and attitude of the employer and carrier, and it is, therefore, objectionable in form. (See *McGowan* v. *Metropolitan Life Insurance Co.*, 259 N. Y. 454; *Devlin* v. *Hinman*, 161 id. 115; *Grannan* v. *Westchester Racing Assn.*, 153 id. 449.) Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Application of Eisenberg Farms, Inc., for Certiorari, etc., against Charles H. Baldwin, as Commissioner, etc.— Motion to vacate portions of stay granted, unless the petitioner files printed case on appeal, and submits or argues during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application for a Certiorari Order Directed to the Public Service Commission of the State of New York, by International Railway Company in the Matter of Its Application under Section 50-a of the Public Service Law for an Order Authorizing the Operation of Certain Bus or Motor Vehicle Lines upon Certain Streets, Highways and Public Places in the City of Buffalo, and Permitting and Approving the Exercise of Its Franchises and Rights under Consents of the Local Authorities of Said City to Such Operation.— Motion to intervene granted, upon condition that the case be disposed of at the present term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

The People of the State of New York ex rel. Universal Business Corporation, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents. The People of the State of New York ex rel. Elizabeth Morris, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents.— Motions to dismiss appeals granted, unless cases on appeal are filed, and matters submitted or argued during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

The People of the State of New York ex rel. Laura Woollard, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents. The People of the State of New York ex rel. Mary E. Hamlin, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents. The People of the State of New York ex rel. Anna Read Evory, Relator, v. Richard J. Lewis, as Commissioner of Assessments of the City of Albany, New York, and Others, Respondents.— Motions to dismiss appeals granted, unless cases on appeal are filed, and matters submitted or argued during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of Albert B. Wright and Another, as Executors and Trustees under the Last Will, etc., of Jennie L. Wright, Deceased, Respondents, for a Writ of Certiorari to Review an Assessment Made by the

COMMISSIONER OF ASSESSMENT AND TAXATION and BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of UNITED STATES ABSTRACT & SURETY COMPANY, INC., Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of FLORENCE M. COMPTON, Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of 56 NORTH PEARL, INC., Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of JOHN F. NASH, as Surviving Executor and Trustee under the Will of ALEXANDER B. VAN GAASBEEK, Deceased, Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants.— Motions to dismiss appeals granted, unless cases on appeal are filed, and matters submitted or argued during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ANNA MARY CHENSKY, Respondent, against BEACON COMMISSARY CORPORATION and Another, Respondents. GREAT AMERICAN INDEMNITY COMPANY, Appellant; STATE INDUSTRIAL BOARD, Respondent.— Motion to compel acceptance and certification of shortened record on appeal denied, with ten dollars costs to be divided between the claimant and the State Industrial Board, and disbursements to each. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Mr. and Mrs. ANTHONY MUSCALO, Respondents, against DEPEW CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, with ten dollars costs to the State Industrial Board against the appellants. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUIS N. SEELY, Respondent, against PHŒNIX TRANSIT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARY BECKER, Respondent, against JOHN A. CARPENTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER RAYNELLO, Respondent, against SCOTT BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER RAYNELLO, Respondent, against SCOTT BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Application granted to the extent that the decision of May 15, 1934, entered May